AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

ANDY MILLER,

            Petitioner,            JUDGMENT IN A CIVIL CASE

V.

                               CASE NUMBER: **3:11-cv-00521-ECR-VPC**

RENEE BAKER, et al.,

            Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**_X_**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the application to proceed _in forma pauperis_ is DENIED and this action shall be DISMISSED without prejudice to the filing of a new petition in a new action with a new pauper application with all required attachments.

     __July 27, 2011__                     __**LANCE S. WILSON**__

                                                    Clerk

                                  __/s/ Katie Lynn Ogden__

                                        Deputy Clerk